UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JUN JUN LAW-AS, AS PARENT, GUARDIAN, AND NEXT FRIEND OF MINOR K.L., <br> Plaintiff, <br><br> v. <br><br> CITY OF BERLIN POLICE DEPARTMENT, CITY OF BERLIN, and ERIC D. BENJAMIN, in both his Official And Individual Capacities, <br> Defendants. | Civil Action No. 19-cv-00540-JD |

## STIPULATION OF DISMISSAL OF ERIC D. BENJAMIN ONLY

NOW COMES the Plaintiff, by and through his counsel, Cooper Cargill Chant, P.A., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and with the stipulation and assent of all appearing parties, hereby dismisses his claims against Eric D. Benjamin ONLY, with prejudice. The parties shall bear and be solely responsible for their own respective attorneys' fees and costs incurred in connection with and related to this action.

Respectfully submitted,

**JUN JUN LAW-AS, AS PARENT, GUARDIAN AND NEXT FRIEND OF MINOR K.L.**

By his Attorneys,
COOPER CARGILL & CHANT, P.A.

/s/ Christopher T. Meier

Dated: March 31, 2021   By: _____

Christopher T. Meier, Bar ID #17135
COOPER CARGILL & CHANT, P.A.
2935 White Mountain Highway
North Conway, New Hampshire 03860
Tel:   (603) 356-5439
Email: cmeier@ccclaw.com

                                  **CITY OF BERLIN and**
                                  **ERIC D. BENJAMIN**

                                  By their Attorneys,
                                  CULLEN COLLIMORE, PLLC

Dated: March 31, 2021           /s/ Brian J.S. Cullen
                         By:_____
                                  Brian J. S. Cullen, NH Bar # 11265
                                  10 East Pearl Street
                                  Nashua, NH  03060
                                  Tel:    (603) 881-5500
                                  Fax:   (603) 881-5507
                                  Email: bcullen@cullencollimore.com

## CERTIFICATE OF SERVICE

I, Christopher T. Meier, hereby certify that on the date shown, I delivered the foregoing document to all parties and counsel of record by first-class mail, postage pre-paid, or by e-mail or electronic filing as allowed by Rule.

                                              /s/ Christopher T. Meier
Dated: March 31, 2021                  _____
                                              Christopher T. Meier, Bar ID #17135

Y:\CLIENT FILES\20765 - Law-as\.000 v. Berlin PD\Pleadings\2021.03.30 Stipulation of Dismissal-Eric Benjamin Only.docx