UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JUN JUN LAW-AS, AS PARENT, GUARDIAN, AND NEXT FRIEND OF MINOR K.L., <br> Plaintiff, <br><br> v. <br><br> CITY OF BERLIN POLICE DEPARTMENT, <br> CITY OF BERLIN, and <br> ERIC D. BENJAMIN, in both his Official And Individual Capacities, <br> Defendants. | Civil Action No. 19-cv-00540-JD |

**STIPULATION OF DISMISSAL AS TO REMAINING DEFENDANTS,
CITY OF BERLIN POLICE DEPARTMENT AND CITY OF BERLIN**

NOW COMES the Plaintiff, by and through his counsel, Cooper Cargill Chant, P.A., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and with the stipulation and assent of all appearing parties, hereby dismisses his claims against ALL OF THE REMAINING DEFENDANTS, namely the City of Berlin Police Department and City of Berlin, with prejudice. The parties shall bear and be solely responsible for their own respective attorneys' fees and costs incurred in connection with and related to this action.

Respectfully submitted,

**JUN JUN LAW-AS, AS PARENT, GUARDIAN AND NEXT FRIEND OF MINOR K.L.**

By his Attorneys,
COOPER CARGILL & CHANT, P.A.

Dated:  April 12, 2021            By:   /s/ Christopher T. Meier
_____
Christopher T. Meier, Bar ID #17135
COOPER CARGILL & CHANT, P.A.
2935 White Mountain Highway
North Conway, New Hampshire 03860
Tel:    (603) 356-5439
Email: cmeier@ccclaw.com


**CITY OF BERLIN POLICE DEPARTMENT, CITY OF BERLIN and ERIC D. BENJAMIN**

By their Attorneys,
CULLEN COLLIMORE, PLLC

Dated:  April 12, 2021            By:   /s/ Brian J.S. Cullen
_____
Brian J. S. Cullen, NH Bar # 11265
10 East Pearl Street
Nashua, NH  03060
Tel:    (603) 881-5500
Fax:    (603) 881-5507
Email: bcullen@cullencollimore.com


## CERTIFICATE OF SERVICE

I, Christopher T. Meier, hereby certify that on the date shown, I delivered the foregoing document to all parties and counsel of record by first-class mail, postage pre-paid, or by e-mail or electronic filing as allowed by Rule.

Dated: April 12, 2021            /s/ Christopher T. Meier
_____
Christopher T. Meier, Bar ID #17135

C:\Users\Kacy\AppData\Local\Temp\116b-cc1e-2e62-97d4.docx